IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Magistrate No. M-3-02-165 |
| Plaintiff, | : | |
| v. | : | UNITED STATES' MOTION |
| *John Clarence Golden, Jr.* | : | FOR PRETRIAL DETENTION |
| | : | |
| Defendant. | : | Magistrate |

FILED
JUL 27 2002
KENNETH J. MURPHY, Clerk
DAYTON, OHIO

The United States hereby moves for pretrial detention of this defendant for the following reasons.

### Alternative 1:  18 U.S.C. § 3142(f)(1)

__X__   The offense with which the defendant is charged is a federal offense that is (choose at least one of the following):

_____   A.   a crime of violence as defined in 18 U.S.C. § 3156(a)(4).

__X__   B.   an offense for which the maximum sentence is life imprisonment or death.

_____   C.   an offense for which a maximum term of imprisonment of 10 years or more is prescribed in:

   _____   (1)   the Controlled Substance Act (21 U.S.C. §§ 801 et seq.);

   _____   (2)   the Controlled Substances Import and Export Act (21 U.S.C. §§ 951 et seq.); or

   _____   (3)   Section 1 of the Act of September 15, 1980 (formerly 21 U.S.C. § 955a, now 46 U.S.C. § 1903).

1

(See Alternative 3 for rebuttable presumption)

   \_\_\_\_\_ D. a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C) or comparable state or local offenses.

### Alternative 2: 18 U.S.C. § 3142(e)
### (Rebuttal Presumption of Dangerousness)
### (Both elements must be present)

\_\_\_\_\_ The defendant is charged with an offense described in Alternative 1, and the defendant had previously been convicted of an offense described in Alternative 1, or of a State or local offense that would have been an offense described in Alternative 1 if a circumstance giving rise to federal jurisdiction had existed, which prior offense was committed while the defendant was on release pending trial for a federal, state, or local offense; and

\_\_\_\_\_ A period of not more than five years has elapsed since the date of conviction or release of the defendant from imprisonment for the offense of which the defendant was previously convicted.

### Alternative 3: 18 U.S.C. § 3142(e)
### (Rebuttal Presumption of Dangerousness/Flight Risk)

\_\_\_\_\_ There is probable cause to believe that the defendant has committed the offense with which he is charged and that the offense is an offense (choose at least one of the following):

    \_\_\_\_\_ for which the maximum term of imprisonment of 10 years of more is prescribed in

        \_\_\_\_\_ (a) the Controlled Substances Act (21 U.S.C. §§ 801 et seq.);

        \_\_\_\_\_ (b) the Controlled Substances Import and Export Act (21 U.S.C. §§ 951 et seq.); or

      \_\_\_\_    (c)  Section 1 of the Act of September 15, 1980 (formerly 21 U.S.C. § 955a, now 46 U.S.C. § 1903).

\_\_\_\_ under 18 U.S.C. § 924(c) involving the use or carrying of a firearm.

### Alternative 4: 18 U.S.C. § 3142(f)(2)
(Choose at least one of the following)

✗ There is a serious risk that the defendant will flee.

\_\_\_\_ There is a serious risk that the defendant will (obstruct or attempt to obstruct justice)/(threaten, injure, or intimidate a prospective witness or juror, or attempt to do so).

### Alternative 5: 18 U.S.C. § 3142(d)

\_\_\_\_ Because the defendant may flee or pose a danger to another person or the community, the United States Attorney seeks temporary detention for 10 days to permit revocation of conditional release, deportation, or exclusion, for at least one of the following reasons:

\_\_\_\_ A. Defendant was on release pending trial for a felony at the time the offense was committed;

\_\_\_\_ B. Defendant was on release pending imposition or execution of sentence, appeal, or completion of sentence at the time the offense was committed;

\_\_\_\_ C. Defendant was on probation or parole at the time the offense was committed;

\_\_\_\_ D. Defendant is an alien not admitted to the United States for permanent residence.

### Alternative 6: 18 U.S.C. § 3142(f)(2)



The United States Attorney seeks a continuance of three days to hold a detention hearing.

3

_____ The United States Attorney seeks a continuance of _____ days, for good cause, to hold a detention hearing. (Specify cause.)

Respectfully submitted,

GREGORY G. LOCKHART
UNITED STATES ATTORNEY

*Anne H. Fehrman*
Assistant U.S. Attorney
602 Federal Building
Dayton, Ohio 45402
(937) 225-2910

CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was ____ mailed  ✓ personally given to:

John Clarence Golden, Jr.

on this 27th day of July, 2002.

*[signature]*

Assistant U.S. Attorney